# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

Andrea E. Celli, Esq.　　　　Telephone: (518) 449-2043　　　For payments Only:
　　　Trustee　　　　　　　　Facsimile: (518) 449-2473　　　P.O Box 1918
Bonnie Baker, Esq.　　　　　　　　　　　　　　　　　　　　Memphis, TN  38101-1918
　Assoc. Attorney

June 14, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:　05-10206　　　　　Timothy & Mary Chambers

To Whom It May Concern:

　　Enclosed please find check #**922742** in the amount of **$23.98**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

　　Claim No.　　　　22

　　Account#　　　　5184891052712

　　Creditor　　　　　Verizon/RMCC
　　　　　　　　　　　3900 Washington Street
　　　　　　　　　　　Wilmington, DE 19802

**FILED**
**JUN 17 2011**
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli